# *UNITED STATES DISTRICT COURT*

FOR THE _____ DISTRICT OF _____ PUERTO RICO _____

UNITED STATES OF AMERICA,                    **APPEARANCE**

      v.                                        CASE NUMBER: 97-284 (JAF)

VICTOR M. VALLE LASALLE, ET AL.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America.

_____ February 8, 2005 _____        __ s/ Jacabed Rodríguez Coss _____
*Date*                                        *Signature*

                                             Jacabed Rodríguez Coss
                                             *Print Name*

                                             *Torre Chardon, Suite 1201* _____
                                             *Address*

                                             *Hato Rey, Puerto Rico 00918* _____
                                             *City*

                                             *(787) 766-5656* _____
                                             Phone Number

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CMF/ECF system which will send notification to the counsel of record:

<u>s/ Jacabed Rodríguez Coss</u>
Jacabed Rodríguez Coss
